### CONNETICUT FIRE INS. CO. v. HIRST.

Ohio Appeals, 1st Dist., Hamilton Co.

No. 3058. Decided June 27, 1927.

First Publication of this Opinion.

Syllabus by Editorial Staff.

532. FIRE—647. Insurance—480. Evidence—Evidence that insulation of wire was burned off or destroyed, that coils were destroyed, that there was large volume of smoke, and that fire, if such, was extinguished with fire extinguisher, sufficient to warrant finding that damage was caused by fire.

Error to Common Pleas.
Judgment affirmed.

Harmon, Colston, Goldsmith & Hoadly, Cincinnati, for Fire Ins. Co.

Simon L. Leis, Cincinnati, for Hirst.

## STATEMENT OF FACTS.

Defendant in error, who was plaintiff in the trial court, claimed loss by fire under the terms of his policy. The damage occurred to his electric automobile. The Insurance Company contends that there was no fire, but that the damage was caused by electrical current without fire.

Neither plaintiff nor anyone testifying in his behalf saw flames or glow, but did see volumes of smoke. The physical evidence is that the insulation of the wiring was all burned off, and that the coils, and other electrical equipment, were destroyed. There is evidence that the damage was started by a short circuit.

## OPINION OF COURT.

The following is taken, verbatim, from the opinion.

HAMILTON, PJ.

We are of the opinion that the evidence that the insulation was burned off or destroyed, that the coils were destroyed, and that there were large volumes of smoke issuing from the car, and that the fire, if such it be, was extinguished by a garage man with a fire extinguisher, is sufficient to warrant the judgment of the trial court, and that judgment is affirmed, as is the judgment of the Court of Common Pleas, affirming the judgment of the Municipal Court.

(Cushing, J., concurs. Buchwalter, J., not participating.)